IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEONEL RAMIREZ GUZMAN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:25-cv-02932-E (BT) |
| § | |
| KRISTI NOEM, et al. § | |
| § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and, in the alternative, Motion for Temporary Restraining Order and Preliminary Injunction (TRO) (ECF No. 2).

To promote the aims of judicial efficiency, the Court is inclined to consolidate the pending TRO with the merits of Petitioner's habeas petition. Accordingly, by **November 19, 2025**, the Court ORDERS:

1. Respondents shall make an appearance in this case; and

2. The parties shall submit a joint report that includes: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) an update regarding the status of Petitioner's detention; and (3) any other matters relevant to the status or disposition of the case.

SIGNED November 5, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE